IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

*Norfolk Division*

FILED
IN OPEN COURT

JAN 15 2026

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **UNDER SEAL** |
| | ) | |
| v. | ) | CRIMINAL NO. 2:26-CR-<u>9</u> |
| | ) | |
| KIRK DEMAREST, | ) | 21 U.S.C. § 846 |
| (Counts 1, 5, 7, 9-16) | ) | Drug Trafficking Conspiracy |
| | ) | (Count One) |
| ▆▆▆▆▆▆▆▆, | ) | |
| (Counts 1, 2, 5-6, 8, 11-13, 15) | ) | 21 U.S.C. 841(a)(1) |
| | ) | Distribution of Controlled Substances |
| | ) | (Counts Two through Eight) |
| ▆▆▆▆▆▆▆▆, | ) | |
| (Counts 1, 3, 4, 9) | ) | 21 U.S.C. §§ 841(a)(1), (b)(1) and 18 U.S.C. § 2 |
| | ) | Possession with Intent to Distribute Controlled |
| KIRK DEMAREST JR., | ) | Substances |
| (Counts 1, 2, 6) | ) | (Counts Nine through Thirteen) |
| | ) | |
| ▆▆▆▆▆▆▆▆, | ) | 21 U.S.C. § 856(a)(1) and 18 U.S.C. § 2 |
| (Counts 1, 7) | ) | Maintaining Drug-Involved Premises |
| | ) | (Counts Fourteen through Fifteen) |
| ▆▆▆▆▆▆▆▆, | ) | |
| (Count 1) | ) | 18 U.S.C. § 924(c)(1)(A)(i) |
| | ) | Using and Carrying a Firearm During |
| | ) | and in Relation to a Drug Trafficking Crime |
| Defendants. | ) | (Count Sixteen) |
| | ) | |
| | ) | 18 U.S.C. § 924(d); 21 U.S.C. § 853; |
| | ) | 28 U.S.C. § 2461 |
| | ) | Criminal Forfeiture |
| | ) | |

## INDICTMENT

January 2026 TERM – at Norfolk, Virginia

THE GRAND JURY CHARGES THAT:

## COUNT ONE

From in or about December 2024 through in or about March 2025, the exact dates to the Grand Jury being unknown, in the Eastern District of Virginia and elsewhere, defendants KIRK DEMAREST, ██████ R, ██████, KIRK DEMAREST JR., ██████ ██████ did knowingly, and intentionally combine, conspire, confederate and agree with each other, and other persons, both known and unknown to the grand jury, to commit one or more of the following offenses:

1. To knowingly, and intentionally distribute and possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of Fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A)(vi);

2. To knowingly, and intentionally distribute and possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B)(ii);

3. To knowingly, and intentionally distribute, and possess with intent to distribute 100 grams or more of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(i);

4. To knowingly, and intentionally distribute, and possess with intent to distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii);

5. To knowingly and intentionally open, lease, rent, use, and maintain any place, permanently or temporarily, for the purpose of manufacturing, distributing, and using any controlled substance, in violation of Title 21, United States Code, Sections 856(a)(1) and (b); and,

6. To knowingly and intentionally use any communication facility in committing, in causing, and in facilitating the commission of, any act or acts constituting a felony under any provision of subchapter I of Title 21 of the United States Code, in violation of Title 21, United States Code, Sections 843(b) and (d).

(All in violation of Title 21, United States Code, Sections 846.)

## COUNT TWO

On or about December 9, 2024, in the City of Portsmouth, in the Eastern District of Virginia, the defendants, ▮▮▮▮▮▮▮▮ and KIRK DEMAREST JR., did knowingly and intentionally distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

(In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(viii) and Title 18, United States Code, Section 2.)

## COUNT THREE

On or about December 13, 2024, in the City of Portsmouth, in the Eastern District of Virginia and elsewhere, defendant, ▮▮▮▮▮▮▮▮ did knowingly and intentionally distribute a mixture and substance containing cocaine, a Schedule II controlled substance.

(In violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(C) and Title 18, United States Code, Section 2.)

3

## COUNT FOUR

On or about December 13, 2024, in the City of Portsmouth, the Eastern District of Virginia and elsewhere, defendants, ▆▆▆▆▆▆▆▆ did knowingly and intentionally distribute a mixture and substance containing a detectable amount of heroin, a Schedule II controlled substance.

(In violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(C) and Title 18, United States Code, Section 2.)

## COUNT FIVE

On or about December 18, 2024, in City of Portsmouth, in the Eastern District of Virginia and elsewhere, defendants, ▆▆▆▆▆▆▆▆ and KIRK DEMAREST, did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of heroin, a Schedule II controlled substance.

(In violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(C) and Title 18, United States Code, Section 2.)

## COUNT SIX

On or about December 31, 2024, in City of Portsmouth, in the Eastern District of Virginia and elsewhere, defendants, ▆▆▆▆▆▆▆▆ and KIRK DEMAREST JR., did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of heroin, a Schedule II controlled substance.

(In violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(C) and Title 18, United States Code, Section 2.)

4

## COUNT SEVEN

On or about January 4, 2025, in City of Portsmouth, in the Eastern District of Virginia and elsewhere, defendants, ▆▆▆▆▆▆ and KIRK DEMAREST, did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of heroin, a Schedule II controlled substance.

(In violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(C) and Title 18, United States Code, Section 2.)

## COUNT EIGHT

On or about February 17, 2025, in City of Portsmouth, in the Eastern District of Virginia and elsewhere, defendants, ▆▆▆▆▆▆ did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of heroin, a Schedule II controlled substance.

(In violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(C) and Title 18, United States Code, Section 2.)

## COUNT NINE

On or about January 14, 2025, in the City of Portsmouth, in the Eastern District of Virginia, the defendants, KIRK DEMAREST and ▆▆▆▆▆▆ did knowingly and intentionally attempt to possess with the intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

(In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(ii) and Title 18, United States Code, Section 2.)

## COUNT TEN

On or about January 14, 2025, in the City of Portsmouth, in the Eastern District of Virginia, the defendant, KIRK DEMAREST, did knowingly and intentionally possess with the intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

(In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(ii) and Title 18, United States Code, Section 2.)

## COUNT ELEVEN

On or about March 6, 2025, in the City of Portsmouth, in the Eastern District of Virginia, the defendants, KIRK DEMAREST, and ███████████, did knowingly and intentionally possess with the intent to distribute 100 grams or more of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance.

(In violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B)(ii) and Title 18, United States Code, Section 2.)

## COUNT TWELVE

On or about March 6, 2025, in the City of Portsmouth, in the Eastern District of Virginia, the defendants, KIRK DEMAREST, and ███████████, did knowingly and intentionally possess with the intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of Fentanyl, a Schedule II controlled substance.

(In violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A)(vi) and Title 18, United States Code, Section 2.)

## COUNT THIRTEEN

On or about March 6, 2025, in the City of Portsmouth, in the Eastern District of Virginia, the defendants, KIRK DEMAREST, and ▇▇▇▇▇▇▇ did knowingly and intentionally possess with the intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

(In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(ii) and Title 18, United States Code, Section 2.)

## COUNT FOURTEEN

On or about January 16, 2025, in the Eastern District of Virginia, the defendant, KIRK DEMAREST, did knowingly and intentionally open, lease, rent, use, and maintain a place, located at 58 Gillis Rd, Portsmouth, Virginia, permanently or temporarily, for the purpose of manufacturing, distributing, and using any controlled substance.

(In violation of Title 21, United States Code, Section 856(a)(1) and (b) and Title 18, United States Code, Section 2.)

## COUNT FIFTEEN

On or about March 17, 2025, in the Eastern District of Virginia, the defendant, KIRK DEMAREST, and ▇▇▇▇▇▇▇ did knowingly and intentionally open, lease, rent, use, and maintain a place, located at 122 Channing Ave., Apt. 2, Portsmouth, Virginia, permanently or temporarily, for the purpose of manufacturing, distributing, and using any controlled substance.

(In violation of Title 21, United States Code, Section 856(a)(1) and (b) and Title 18, United States Code, Section 2.)

## COUNT SIXTEEN

On or about March 17, 2025, in Norfolk, in the Eastern District of Virginia, the defendant, KIRK DAMEREST, did knowingly use and carry a firearm, during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, namely, possession with intent to distribute cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B), as set forth in Count Ten of this Indictment, which is realleged and incorporated by reference as if set forth in full herein.

(In violation of Title 18, United States Code, Sections 924(c)(1)(A)(i).)

## FORFEITURE
### THE GRAND JURY FURTHER FINDS PROBABLE CAUSE THAT:

1. The defendants, if convicted of any of the violations alleged in this Indictment, shall forfeit to the United States, as part of the sentencing pursuant to Federal Rule of Criminal Procedure 32.2, any firearm or ammunition used in or involved in the violation.

2. The defendants, if convicted of any of the violations alleged in Counts One through Fifteen of this Indictment, shall forfeit to the United States, as part of the sentencing pursuant to Federal Rule of Criminal Procedure 32.2:

    a. Any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of the violation; and

    b. Any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the violation.

3. If any property that is subject to forfeiture above is not available, it is the intention of the United States to seek an order forfeiting substitute assets pursuant to Title 21, United States Code, Section 853(p) and Federal Rule of Criminal Procedure 32.2(e).

4. The assets subject to forfeiture include, but are not limited to, the following:

    a. One Glock 17 pistol (SN: BREA-673) seized on or about January 16, 2025, by Chesapeake Police Department;

    b. One Taurus pistol (SN: SDR52556) seized on or about January 16, 2025, by Chesapeake Police Department;

    c. One Smith and Wesson SD9VE pistol (SN: FZE3756) January 16, 2025, by Chesapeake Police Department;

    d. One Glock 19x pistol (SN: BHDX644) seized on or about January 16, 2025, by Chesapeake Police Department;

    e. One Zastava Arms ZPAP92 pistol (SN: 66B359601) seized on or about January 16, 2025, by Chesapeake Police Department;

    f. One Mossburg 590 Shotgun (SN: V1612745) seized on or about January 16, 2025, by Chesapeake Police Department;

    g. One Century C39V2 rifle, (SN: C39V2A46344) seized on or about January 16, 2025, by Chesapeake Police Department;

    h. One Ruger AR-556 rifle (SN: 853-33613), seized on or about January 16, 2025, by Chesapeake Police Department.

(In accordance with Title 18, United States Code, Section 924(d); Title 21, United States Code, Section 853; and Title 28, United States Code, Section 2461.)

Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office

*United States v. Kirk Damerest, et al.*, 2:26cr_____

A TRUE BILL:

REDACTED COPY

_____

FOREPERSON

Lindsey Halligan
United States Attorney and Special Attorney

Todd W. Blanche
Deputy Attorney General

By: _____
Matthew J. Heck
Assistant United States Attorney
United States Attorney's Office
101 West Main Street, Suite 8000
Norfolk, Virginia 23510
Office Number - 757-441-6331
Facsimile Number - 757-441-6689
Email: matthew.heck@usdoj.gov